**Order entered March 13, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01180-CR

**ROBERT LEE MURRAY, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83205-2019**

## ORDER

The State's second motion for an extension of time to file its brief is GRANTED and the Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.

/s/    LANA MYERS
        JUSTICE